IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Debra Hicks, Debtor                                   Case No. 20-51188-KMS
                                                               CHAPTER 13

**NOTICE**

Debtor has filed papers with the court to Modify their Chapter 13 Bankruptcy Plan. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Modify Plan.

Date: June 26, 2025        Signature:        /s/ Thomas C. Rollins, Jr.
                                             Thomas C. Rollins, Jr. (MSBN 103469)
                                             Jennifer Ann Curry Calvillo (MSBN 104367)
                                             The Rollins Law Firm, PLLC
                                             P.O. Box 13767
                                             Jackson, MS 39236

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Debra Hicks, Debtor                                  Case No. 20-51188-KMS
                                                                                CHAPTER 13

## MOTION TO MODIFY BANKRUPTCY PLAN

COMES NOW, Debtor, by and through counsel, and moves this Court to modify their Chapter 13 plan, and in support thereof, would show the Court as follows:

1. Debtor commenced this case on July 28, 2020 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. Debtor's priority and secured claims have been paid in full pursuant to the terms of the confirmed plan.

3. That the Trustee filed a Motion to Modify to increase the distribution to unsecured creditors.

4. That Debtor is a below-median debtor.

5. That Debtor wishes to modify the confirmed plan to shorten the term of the confirmed plan from 60 months to 58 months.

WHEREFORE, Debtor prays that their Bankruptcy Plan be modified to reflect the above-mentioned changes and for such additional or alternative relief as may be just and proper.

                                                              Respectfully submitted

                                                              /s/ Thomas C. Rollins, Jr.
                                                              Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

   I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Modify Plan was forwarded on June 27, 2025, to:

By Electronic CM/ECF Notice:

  David Rawlings

  U.S. Trustee

            /s/ Thomas C. Rollins, Jr.
            Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 20-51188 |
|---|---|
| DEBRA HICKS | **DECLARATION OF MAILING** |
| | **CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 6/27/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Modify Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/27/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | CASE NO: 20-51188 |
| DEBRA HICKS | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 13 |

On 6/27/2025, a copy of the following documents, described below,

Notice and Motion to Modify Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/27/2025

_/s/ Miles Wood_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 20-51188<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>FRI JUN 27 6-17-25 PST 2025 | AMERICREDIT FINANCIAL SERVICES  INC DBA GM<br>PO BOX 183853<br>ARLINGTON  TX 76096-3853 | (P)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 |
| FLOWERING PEACH BK LLC<br>PO BOX 1149<br>GRAPEVINE  TX 76099-1149 | EXCLUDE<br>~~(D)(P)PNC BANK RETAIL LENDING~~<br>~~P O BOX 94982~~<br>~~CLEVELAND OH 44101-4982~~ | US BANK NA<br>NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVI<br>PO BOX 10826<br>GREENVILLE  SC 29603-0826 |
| US BANK  NA<br>ROBERTSON  ANSCHUTZ  SCHNEID  CRANE LLC<br>10700 ABBOTTS BRIDGE ROAD  SUITE 170<br>DULUTH  GA 30097-8461 | EXCLUDE<br>~~(U)US BANK  NA  AS TRUSTEE  SUCCESSOR IN IN~~ | EXCLUDE<br>~~US BANKRUPTCY COURT~~<br>~~DAN M RUSSELL  JR US COURTHOUSE~~<br>~~2012 15TH STREET  SUITE 244~~<br>~~GULFPORT  MS 39501-2036~~ |
| 1ST FRANKLIN FINANCIAL<br>803 US HWY 98 BYPASS<br>STE B<br>COLUMBIA  MS 39429-3710 | 1ST FRANKLIN FINANCIAL CORPORATION<br>ATTN ADMINISTRATIVE SERVICES<br>PO BOX 880<br>TOCCOA  GA 30577-0880 | AESPHEAA<br>1112 7TH AVE<br>MONROE  WI 53566-1364 |
| (P)AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | EXCLUDE<br>~~(D)(P)AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL~~<br>~~PO BOX 183853~~<br>~~ARLINGTON TX 76096-3853~~ | EXCLUDE<br>~~(D)(P)PNC BANK RETAIL LENDING~~<br>~~P O BOX 94982~~<br>~~CLEVELAND OH 44101-4982~~ |
| EXCLUDE<br>~~(D)(P)PNC BANK RETAIL LENDING~~<br>~~P O BOX 94982~~<br>~~CLEVELAND OH 44101-4982~~ | EXCLUDE<br>~~(D)(P)PNC BANK RETAIL LENDING~~<br>~~P O BOX 94982~~<br>~~CLEVELAND OH 44101-4982~~ | CBC RECOVERY LLC<br>PO BOX 1529<br>HATTIESBURG  MS 39403-1529 |
| CBC RECOVERY<br>1208 W PINE STREET<br>HATTIESBURG  MS 39401-5060 | CREDIT COLLECTION SERV<br>PO BOX 607<br>NORWOOD  MA 02062-0607 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 |
| FIRST TOWER LOAN  LLC<br>PO BOX 320001<br>FLOWOOD  MS 39232-0001 | EXCLUDE<br>~~(D)FLOWERING PEACH BK LLC~~<br>~~PO BOX 1149~~<br>~~GRAPEVINE  TX 76099-1149~~ | GM FINANCIAL<br>PO BOX 181145<br>ARLINGTON  TX 76096-1145 |
| HATTIESBURG CLINIC  PA<br>415 SOUTH 28TH AVE<br>HATTIESBURG  MS 39401-7283 | INTERNAL REVENUE SERVI<br>CO US ATTORNEY<br>501 EAST COURT ST<br>STE 4430<br>JACKSON  MS 39201-5025 | JERMIAH HICKS<br>1629 WHISPERING COVE T<br>FORT WORTH  TX 76134-5800 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| MCCALLA RAYMER PIERCE<br>1052 HIGHLAND COLONY P<br>STE 211<br>RIDGELAND  MS 39157-8764 | MIDNIGHT VELVET<br>1112 7TH AVE<br>MONROE  WI 53566-1364 | MONTGOMERY WARD<br>CO CREDITORS BANKRUPTCY SERVICE<br>PO BOX 800849<br>DALLAS  TX 75380-0849 |
| ~~EXCLUDE~~<br>~~(D)(P)PNC BANK RETAIL LENDING~~<br>~~P O BOX 94982~~<br>~~CLEVELAND OH 44101-4982~~ | PROGRESSIVE<br>11629 SO 700 E<br>DRAPER  UT 84020-8376 | ROBERTSON  ANSCHUTZ  SCHNEID  CRANE LLC<br>10700 ABBOTTS BRIDGE ROAD  SUITE 1<br>DULUTH  GA 30097-8458 |
| SEVENTH AVENUE<br>CO CREDITORS BANKRUPTCY SERVICE<br>PO BOX 800849<br>DALLAS  TX 75380-0849 | SHELLPOINT MORTGAGE<br>55 BEATTIE PLACE<br>GREENVILLE  SC 29601-2165 | SOUTHWEST CREDIT SYS<br>4120 INTERNATIONAL PKW<br>CARROLLTON  TX 75007-1958 |
| (P)TOWER LOAN<br>P O BOX 320001<br>FLOWOOD MS 39232-0001 | US BANK  NA AS TRUSTEE  SUCCESSOR IN INTEREST TO WACHOVIA BANK NATIONAL ASSOC<br>NEWREZ LLC DBA SHELLPOINT MORTGAGE SER<br>PO BOX 10826<br>GREENVILLE SC 29603-0826 | US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON  DC 20530-0001 |
| ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON  MS 39201-5022~~ | WESLEY HEALTH SYSTEM  LLC<br>CO DAVID L MENDELSON  ESQ<br>MENDELSON LAW FIRM<br>PO BOX 17235<br>MEMPHIS  TN 38187-0235 | WINDSTREAM<br>4001 N RODNEY PARHAM R<br>LITTLE ROCK  AR 72212-2490 |
| ~~EXCLUDE~~<br>~~(P)DAVID RAWLINGS~~<br>~~ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE~~<br>~~PO BOX 566~~<br>~~HATTIESBURG MS 39403-0566~~ | DEBTOR<br>DEBRA ANN HICKS<br>70 E L HALL TRAIL<br>BASSFIELD  MS 39421-4202 | JENNIFER A CURRY CALVILLO<br>THE ROLLINS LAW FIRM<br>702 W PINE ST<br>HATTIESBURG  MS 39401-3836 |
| ~~EXCLUDE~~<br>~~THOMAS CARL ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM  PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON  MS 39236-3767~~ | | |