# Proceeding Minutes / Proceeding Memo

**Case #:** 20-51188   **Case Name:** Debra Ann Hicks

**Set:** 08/19/2025 01:30 pm   **Chapter:** 13   **Type:** bk   **Judge:** Katharine M. Samson

**matter** Motion and Notice to Modify Chapter 13 Plan with Certificate of Service Date of Service: 5/28/2025 Filed by Trustee David Rawlings Objections due 06/27/2025. Note: See Fed. R. Bankr. P. 9006(f). Three additional days may be allowed for qualifying parties. (Attachments: # 1 Proposed Order)  (Dkt. #48)

Response filed by the Debtor (Dkt. #49)

---

Minute Entry Re: (related document(s): [48] Motion and 30 Day Notice to Modify Plan filed by David Rawlings) Duncan to submit an Agreed Order. Order due by 09/02/2025. Email received from Duncan. (mcc)