

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 21, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    DEBRA ANN HICKS,
              DEBTOR(S)

CHAPTER 13 BANKRUPTCY
CASE NO. 20-51188-KMS

DAVID RAWLINGS, TRUSTEE

### ORDER ON
### MOTION TO MODIFY PLAN

THIS DAY, THIS CAUSE came on to be considered on the Trustee's Motion to Modify Plan (Docket No. 48) and the Debtor's Response thereto (Docket No. 49), and the Court finds the Motion should be denied.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Motion is denied; all secured and priority claims having been paid in full, the Trustee shall disburse the funds on hand to the Debtor, as a Debtor Refund, and close the case.

IT IS, FURTHER, ORDERED AND ADJUDGED that this Order shall be considered a final judgment as set forth in Rule 9021 of the Federal Rules of Bankruptcy Procedure and Rule 58 of the Federal Rules of Civil Procedure.

##END OF ORDER##

Agreed By:
/s/TC Rollins, Jr., Attorney
for the Debtor(s)

Submitted and Approved By:

/s/Samuel J. Duncan, Attorney
for Chapter 13 Trustee
PO Box 566
Hattiesburg, MS  39403
(601) 582-5011
Miss. Bar No. 6234
sduncan@rawlings13.net