**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Debra Ann Hicks, Debtor                     Case No. 20-51188-KMS
                                                      Chapter 13

**DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)**

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtor certifies under penalty of perjury that the following statements are true and correct:

    A. For cases filed on or after March 10, 2008, I have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that I have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

    B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

    C. I have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

    D. I have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

    E. I have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

    F. If I owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then I have not claimed an exemption for my/our residence in an amount in excess of the statutory cap as

      prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

  G.  No proceeding is pending in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

  H.  I have made all payments required by my confirmed Chapter 13 plan.

2. Debtor hereby moves the court for the entry of a discharge order in this case.

Signed:  /s/ Debra Ann Hicks_____           09-19-2025\_\_\_\_
        Debra Ann Hicks                                                                                Date


        /s/ Thomas C. Rollins, Jr._____          09-19-2025\_\_\_\_
        Thomas C. Rollins, Jr., MS Bar No. 103469                  Date
        Attorney for the Debtor
        The Rollins Law Firm, PLLC
        P.O. Box 13767
        Jackson, MS 39236
        601.500.5533

3. Mailing address for filing responses:

| Jackson Office: | Gulfport Divisional Office: |
|---|---|
| Danny L. Miller, Clerk | Danny L. Miller, Clerk |
| United States Bankruptcy Court | United States Bankruptcy Court |
| Thad Cochran US Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 E Court St, Ste 2.300 | 2012 15th St, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |


**CERTIFICATE OF SERVICE**

     On September 19, 2025, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

                                                          /s/ Thomas C. Rollins, Jr._____
                                                          Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 20-51188 |
|---|---|
| DEBRA ANN HICKS | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 9/19/2025, I did cause a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/19/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601 500 5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>DEBRA ANN HICKS | CASE NO: 20-51188<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13 |

On 9/19/2025, a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/19/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

```
 LABEL MATRIX FOR LOCAL NOTICING       AMERICREDIT FINANCIAL SERVICES  INC DBA    (P)PNC BANK RETAIL LENDING
NCRS ADDRESS DOWNLOAD                  GM                                         P O BOX 94982
CASE  20-51188                         PO BOX 183853                              CLEVELAND OH 44101-4982
SOUTHERN DISTRICT OF MISSISSIPPI       ARLINGTON  TX 76096-3853
FRI SEP 19 8-29-41 PST 2025
```

```
                                       EXCLUDE
FLOWERING PEACH BK LLC                 (D)(P)PNC BANK RETAIL LENDING              US BANK NA
PO BOX 1149                            P O BOX 94982                              NEWREZ LLC DBA SHELLPOINT MORTGAGE
GRAPEVINE  TX 76099-1149               CLEVELAND OH 44101-4982                    SERVI
                                                                                  PO BOX 10826
                                                                                  GREENVILLE  SC 29603-0826
```

```
                                       EXCLUDE                                    EXCLUDE
US BANK  NA                            (U)US BANK  NA  AS TRUSTEE  SUCCESSOR      US BANKRUPTCY COURT
ROBERTSON  ANSCHUTZ  SCHNEID  CRANE LLC IN IN                                     DAN M RUSSELL  JR US COURTHOUSE
10700 ABBOTTS BRIDGE ROAD  SUITE 170                                              2012 15TH STREET  SUITE 244
DULUTH  GA 30097-8461                                                             GULFPORT  MS 39501-2036
```

```
1ST FRANKLIN FINANCIAL                 1ST FRANKLIN FINANCIAL CORPORATION         AESPHEAA
803 US HWY 98 BYPASS                   ATTN ADMINISTRATIVE SERVICES               1112 7TH AVE
STE B                                  PO BOX 880                                 MONROE  WI 53566-1364
COLUMBIA  MS 39429-3710                TOCCOA  GA 30577-0880
```

```
                                       EXCLUDE                                    EXCLUDE
(P)AMERICREDIT FINANCIAL SERVICS DBA GM (D)(P)AMERICREDIT FINANCIAL SERVICS DBA   (D)(P)PNC BANK RETAIL LENDING
FINANCIAL                              GM FINANCIAL                               P O BOX 94982
PO BOX 183853                          PO BOX 183853                              CLEVELAND OH 44101-4982
ARLINGTON TX 76096-3853                ARLINGTON TX 76096-3853
```

```
EXCLUDE                                EXCLUDE
(D)(P)PNC BANK RETAIL LENDING          (D)(P)PNC BANK RETAIL LENDING              CBC RECOVERY LLC
P O BOX 94982                          P O BOX 94982                              PO BOX 1529
CLEVELAND OH 44101-4982                CLEVELAND OH 44101-4982                    HATTIESBURG  MS 39403-1529
```

```
CBC RECOVERY                           CREDIT COLLECTION SERV                     DEPARTMENT OF THE TREASURY
1208 W PINE STREET                     PO BOX 607                                 INTERNAL REVENUE SERVICE
HATTIESBURG  MS 39401-5060             NORWOOD  MA 02062-0607                     PO BOX 7346
                                                                                  PHILADELPHIA  PA 19101-7346
```

```
                                       EXCLUDE
FIRST TOWER LOAN  LLC                  (D)FLOWERING PEACH BK LLC                  GM FINANCIAL
PO BOX 320001                          PO BOX 1149                                PO BOX 181145
FLOWOOD  MS 39232-0001                 GRAPEVINE  TX 76099-1149                   ARLINGTON  TX 76096-1145
```

```
HATTIESBURG CLINIC  PA                 INTERNAL REVENUE SERVI                     JERMIAH HICKS
415 SOUTH 28TH AVE                     CO US ATTORNEY                             1629 WHISPERING COVE T
HATTIESBURG  MS 39401-7283             501 EAST COURT ST                          FORT WORTH  TX 76134-5800
                                       STE 4430
                                       JACKSON  MS 39201-5025
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| MCCALLA RAYMER PIERCE<br>1052 HIGHLAND COLONY P<br>STE 211<br>RIDGELAND  MS 39157-8764 | MIDNIGHT VELVET<br>1112 7TH AVE<br>MONROE  WI 53566-1364 | MONTGOMERY WARD<br>CO CREDITORS BANKRUPTCY SERVICE<br>PO BOX 800849<br>DALLAS  TX 75380-0849 |
| ~~EXCLUDE~~<br>~~(D)(P)PNC BANK RETAIL LENDING~~<br>~~P O BOX 94982~~<br>~~CLEVELAND OH 44101-4982~~ | PROGRESSIVE<br>11629 SO 700 E<br>DRAPER  UT 84020-8376 | ROBERTSON  ANSCHUTZ  SCHNEID  CRANE LLC<br>10700 ABBOTTS BRIDGE ROAD  SUITE 1<br>DULUTH  GA 30097-8458 |
| SEVENTH AVENUE<br>CO CREDITORS BANKRUPTCY SERVICE<br>PO BOX 800849<br>DALLAS  TX 75380-0849 | SHELLPOINT MORTGAGE<br>55 BEATTIE PLACE<br>GREENVILLE  SC 29601-2165 | SOUTHWEST CREDIT SYS<br>4120 INTERNATIONAL PKW<br>CARROLLTON  TX 75007-1958 |
| (P)TOWER LOAN<br>P O BOX 320001<br>FLOWOOD MS 39232-0001 | US BANK  NA AS TRUSTEE  SUCCESSOR IN INTEREST TO WACHOVIA BANK NATIONAL ASSOC<br>NEWREZ LLC DBA SHELLPOINT MORTGAGE SER<br>PO BOX 10826<br>GREENVILLE SC 29603-0826 | US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON  DC 20530-0001 |
| ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON  MS 39201-5022~~ | WESLEY HEALTH SYSTEM  LLC<br>CO DAVID L MENDELSON  ESQ<br>MENDELSON LAW FIRM<br>PO BOX 17235<br>MEMPHIS  TN 38187-0235 | WINDSTREAM<br>4001 N RODNEY PARHAM R<br>LITTLE ROCK  AR 72212-2490 |
| ~~EXCLUDE~~<br>~~(P)DAVID RAWLINGS~~<br>~~ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE~~<br>~~PO BOX 566~~<br>~~HATTIESBURG MS 39403-0566~~ | DEBTOR<br>DEBRA ANN HICKS<br>70 E L HALL TRAIL<br>BASSFIELD  MS 39421-4202 | JENNIFER A CURRY CALVILLO<br>THE ROLLINS LAW FIRM<br>702 W PINE ST<br>HATTIESBURG  MS 39401-3836 |
| ~~EXCLUDE~~<br>~~THOMAS CARL ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM  PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON  MS 39236-3767~~ | | |