United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 20-51188-KMS |
| Debra Ann Hicks | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 3 |
| Date Rcvd: Oct 17, 2025 | Form ID: 3180W | Total Noticed: 37 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Debra Ann Hicks, 70 E L Hall Trail, Bassfield, MS 39421-4202 |
| 4917755 | + | AES/PHEAA, 1112 7th Ave, Monroe, WI 53566-1364 |
| 4917758 | | CBC Recovery LLC, PO Box 1529, Hattiesburg, MS 39403-1529 |
| 4917757 | + | Cbc Recovery, 1208 W Pine Street, Hattiesburg, MS 39401-5060 |
| 4917764 | + | Jermiah Hicks, 1629 Whispering Cove T, Fort Worth, TX 76134-5800 |
| 4917765 | + | McCalla Raymer Pierce, 1052 Highland Colony P, Ste 211, Ridgeland, MS 39157-8764 |
| 4925995 | + | U.S. Bank, N.A. as Trustee, Successor in, interest to Wachovia Bank National Assoc, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826, Greenville SC 29603-0826 |
| 4918476 | | Wesley Health System, LLC, c/o David L. Mendelson, Esq., MENDELSON LAW FIRM, PO BOX 17235, Memphis, TN 38187-0235 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PHINAMERI.COM | Oct 17 2025 23:36:00 | AmeriCredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 17 2025 19:38:00 | BBVA USA (f/k/a Compass Bank), P. O. Box 10566, BIRMINGHAM, AL 35296 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 17 2025 19:38:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| cr | | Email/Text: mtgbk@shellpointmtg.com | Oct 17 2025 19:38:00 | U.S. Bank N.A., NewRez LLC dba Shellpoint Mortgage Servi, PO Box 10826, Greenville, SC 29603-0826 |
| cr | + | Email/Text: RASEBN@raslg.com | Oct 17 2025 19:38:00 | U.S. Bank, N.A., Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 4917754 | + | Email/Text: bankruptcy@1ffc.com | Oct 17 2025 19:39:00 | 1st Franklin Financial, 803 Us Hwy 98 Bypass, Ste B, Columbia, MS 39429-3710 |
| 4923798 | + | Email/Text: bankruptcy@1ffc.com | Oct 17 2025 19:39:00 | 1st Franklin Financial Corporation, Attn: Administrative Services, P.O. Box 880, Toccoa, GA 30577-0880 |
| 4921958 | | EDI: PHINAMERI.COM | Oct 17 2025 23:36:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 4917759 | + | EDI: CCS.COM | Oct 17 2025 23:36:00 | Credit Collection Serv, Po Box 607, Norwood, MA 02062-0607 |
| 4917762 | | EDI: IRS.COM | Oct 17 2025 23:36:00 | Department of the Treasury -, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 4933365 | + | Email/Text: bankruptcy@towerloan.com | | |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 17, 2025 | Form ID: 3180W | Total Noticed: 37 |

| Recip ID | | Notice Type | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | | Oct 17 2025 19:38:00 | First Tower Loan, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5463471 | + | Email/Text: peritus@ebn.phinsolutions.com | Oct 17 2025 19:39:00 | Flowering Peach BK LLC, PO Box 1149, Grapevine, Tx 76099-1149 |
| 4917760 | + | EDI: PHINAMERI.COM | Oct 17 2025 23:36:00 | GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 4917761 | + | Email/Text: kristie.pope@hattiesburgclinic.com | Oct 17 2025 19:39:00 | Hattiesburg Clinic, PA, 415 South 28th Ave, Hattiesburg, MS 39401-7283 |
| 4917763 | + | Email/Text: ebone.woods@usdoj.gov | Oct 17 2025 19:38:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 4917766 | + | EDI: CBS7AVE | Oct 17 2025 23:36:00 | Midnight Velvet, 1112 7th Ave, Monroe, WI 53566-1364 |
| 4922685 | + | EDI: CBS7AVE | Oct 17 2025 23:36:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 4917756 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 17 2025 19:38:00 | BBVA Compass, Po Box 11830, Birmingham, AL 35202 |
| 5056787 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 17 2025 19:38:00 | BBVA USA, Bankruptcy Department, P.O. Box 10566, Birmingham, AL 35296 |
| 4939439 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 17 2025 19:38:00 | BBVA USA, PO Box 10566, Birmingham, AL 35296 |
| 5059309 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 17 2025 19:38:00 | PNC Bank, National Association, PO Box 94982, Cleveland OH 44101 |
| 4917767 | + | Email/Text: ecfbankruptcy@progleasing.com | Oct 17 2025 19:38:00 | Progressive, 11629 So 700 E, Draper, UT 84020-8376 |
| 4930555 | + | Email/Text: RASEBN@raslg.com | Oct 17 2025 19:38:00 | Robertson, Anschutz, Schneid & Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 4922686 | + | EDI: CBS7AVE | Oct 17 2025 23:36:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 4917768 | + | Email/Text: mtgbk@shellpointmtg.com | Oct 17 2025 19:38:00 | Shellpoint Mortgage, 55 Beattie Place, Greenville, SC 29601-2165 |
| 4917769 | + | Email/Text: bankruptcy@sw-credit.com | Oct 17 2025 19:38:00 | Southwest Credit Sys, 4120 International Pkw, Carrollton, TX 75007-1958 |
| 4917770 | | Email/Text: bankruptcy@towerloan.com | Oct 17 2025 19:38:00 | Tower Loan, Pob 320001, Flowood, MS 39232 |
| 4917771 | | ^ MEBN | Oct 17 2025 19:34:56 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 4917772 | + | Email/Text: wci.bankruptcy@windstream.com | Oct 17 2025 19:38:00 | Windstream, 4001 N Rodney Parham R, Little Rock, AR 72212-2490 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank, N.A., as Trustee, successor in interest |
| cr | *+ | Flowering Peach BK LLC, PO Box 1149, Grapevine, Tx 76099-1149 |
| 4926628 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., dba GM Financial, PO Box 183853, Arlington, TX 76096 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 17, 2025 | Form ID: 3180W | Total Noticed: 37 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2025         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Jennifer A Curry Calvillo | on behalf of Debtor Debra Ann Hicks jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Samuel J. Duncan | on behalf of Trustee David Rawlings sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Debra Ann Hicks trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 6

| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Debra Ann Hicks** | | Social Security number or ITIN | xxx−xx−7549 |
| | First Name   Middle Name   Last Name | | EIN | _ _−_ _ _ _ _ _ _ |
| Debtor 2 | | | Social Security number or ITIN | _ _ _ _ |
| (Spouse, if filing) | First Name   Middle Name   Last Name | | EIN | _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | | | |
| Case number:   **20−51188−KMS** | | | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Debra Ann Hicks**

Dated: 10/17/25

**By the court:**    /s/Katharine M. Samson
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**